UNITED STATES of America,
Plaintiff–Appellee,

v.

Pedro AVILA–RODRIGUEZ, also known as Juan Carlos Sanchez–Avila, also known as Juan Carlos Sanchez, Defendant–Appellant.

No. 06–50177
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 5, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Pedro Avila–Rodriguez raises argu-

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ments that are foreclosed by *United States v. Esparza–Gonzalez,* 268 F.3d 272, 273–74 (5th Cir.2001), which held that a defendant must allege prejudice resulting from the district court's failure to ask the defendant directly whether the defendant has read and discussed the presentence report with counsel. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.